**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**SHEENA C FRAZIER**                                                                                **PLAINTIFF**


 **VS.**                            **CASE NO.   4:26-CV-00328-JM**


**PEOPLE TRUST COMMUNITY FEDERAL CREDIT**                           **DEFENDANT**
**UNION**


### ORDER


Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 6th day of April, 2026.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK


By:   L. Beatty
        Deputy Clerk